UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Brian Charles Jones**             **Docket No. 5:21-CR-269-1M**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brian Charles Jones, who, upon an earlier plea of guilty to Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 841(a)(1) and 846, was sentenced by the Honorable Liam O'Grady, U.S. District Judge for the Eastern District of Virginia, on January 17, 2014, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Brian Charles Jones was released from custody on March 18, 2021, at which time the term of supervised release commenced.

On June 1, 2021, the Eastern District of Virginia was notified about the defendant's use of marijuana. The court concurred with this officer's recommendation of no action from the court and began the process of Transfer of Jurisdiction to the Eastern District of North Carolina.

On June 24, 2021, Transfer of Jurisdiction was completed, and the case was assigned to The Honorable Richard E. Myers, II, Chief U.S. District Judge for the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

In response to the defendant's earlier use of marijuana, the probation office referred him to First Step Services for a substance abuse assessment. The clinical therapist recommended that the defendant participate in cognitive behavioral therapy to address his narcotics use. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: July 15, 2021 |

Brian Charles Jones
Docket No. 5:21-CR-269-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 15th day of July, 2021, and ordered filed and made a part of the records in the above case.

/s/ Richard E Myers II
Richard E. Myers, II
Chief U.S. District Judge